UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAYLOR ENERGY COMPANY LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br>Acting by and through the United States Coast Guard National Pollution Funds Center**,**<br><br>**Defendant.** | Civil Action No. 20-1086 (JDB) |

## ORDER

Defendant has now answered plaintiff's complaint seeking judicial review of agency action. The requirements of Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f) are inapplicable to actions for review on an administrative record. See Local Civil Rule 16.3(b)(1). The Court has reviewed the complaint and the answer in this case. Defendant raises grounds for dismissal or summary judgment but has not yet filed a dispositive motion. Accordingly, it is hereby **ORDERED** that the parties shall confer and submit by not later than August 24, 2020, a proposed briefing schedule for the filing of dispositive motions to resolve this matter. In the event the parties cannot agree, separate proposals shall be filed by that date.

/s/
JOHN D. BATES
United States District Judge

Dated: July 28, 2020

1