UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR ENERGY COMPANY LLC,   )<br>                                Plaintiff,   )<br>vs.                                        )<br>                                        )<br>UNITED STATES OF AMERICA,   )<br>ACTING BY AND THROUGH THE   )<br>UNITED STATES COAST GUARD   )<br>NATIONAL POLLUTION FUNDS CENTER, )<br>                                  Defendant.   )<br>                                        )<br>_____ ) | CIVIL ACTION NO.: 20-01086 (JDB) |

## TAYLOR ENERGY'S MOTION TO DISMISS COUNTERCLAIMS

Plaintiff/Counterclaim-Defendant, Taylor Energy Company LLC ("Taylor Energy"), through its undersigned counsel, respectfully submits the instant Motion to Dismiss Counterclaims ("Motion"), seeking the dismissal of the claims asserted by Counterclaim-Plaintiff, the United States of America, "at the request of and on behalf of the United States Coast Guard" (the "Counterclaims").

1.

As discussed in the Memorandum of Points and Authorities in Support of Taylor Energy's Motion to Dismiss Counterclaims submitted herewith, various independent bases exist under Federal Rules of Civil Procedure 12(b)(1), (12(b)(3), and 12(b)(6) for the dismissal of the Counterclaims.

2.

For the reasons discussed in the accompanying memorandum of points and authorities, this Court should grant Taylor Energy's Motion, and dismiss the Counterclaims in their entirety.

3.

Pursuant to Local Civil Rule 7(f), Taylor Energy submits that at this time, oral argument is not necessary to decide this Motion.

**WHEREFORE**, Taylor Energy Company LLC respectfully prays that its Motion to Dismiss Counterclaims be granted, and that, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(3), and 12(b)(6), the Court dismiss the Counterclaims in their entirety.

DATED this 31st day of July, 2020.

Respectfully submitted,

*/s/ Carl D. Rosenblum*
CARL D. ROSENBLUM, T.A. (LA #02083)
(Admitted *Pro Hac Vice*)
ALIDA C. HAINKEL (LA #24114)
(Admitted *Pro Hac Vice*)
LAUREN C. MASTIO (LA #33077)
(Admitted *Pro Hac Vice*)
TAYLOR K. WIMBERLY (LA #38942)
(Admitted *Pro Hac Vice*)
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 589-8296
E-mail: crosenblum@joneswalker.com

And

*/s/ Paul A. Debolt*
PAUL A. DEBOLT (DC Bar No. 450904)
Venable LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
Telephone:  (202) 344-4000
Email: PADebolt@Venable.com

***Attorneys for Taylor Energy Company LLC,***
***Plaintiff/Counterclaim Defendant***

## **CERTIFICATE OF SERVICE**

I certify that on this 31st day of July, 2020, a true and correct copy of the foregoing pleading was filed electronically with the Clerk of Court of the District of Columbia by using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

*s/ Carl D. Rosenblum*
CARL D. ROSENBLUM