UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR ENERGY COMPANY LLC,   )<br>    Plaintiff,                            )<br>vs.                                          )<br>                                            )<br>UNITED STATES OF AMERICA,      )<br>ACTING BY AND THROUGH THE     )<br>UNITED STATES COAST GUARD       )<br>NATIONAL POLLUTION FUNDS CENTER, )<br>    Defendant.                         )<br>                                            )<br>_____)| CIVIL ACTION NO.: 20-01086 (JDB) |

**UNOPPOSED MOTION OF TAYLOR ENERGY FOR A CONTINUANCE
TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS
MOTION TO DISMISS COUNTERCLAIMS**

Plaintiff/Counterclaim-Defendant, Taylor Energy Company LLC ("Taylor Energy"), respectfully requests a two week extension, until September 4, 2020, to file a reply memorandum in further support of its Motion to Dismiss the claims asserted by Counterclaim-Plaintiff, the United States of America, "at the request of and on behalf of the United States Coast Guard" (the "United States") (Rec. Doc. 27). The undersigned counsel has conferred with counsel for the United States, and the United States is not opposed to the relief requested in this motion.

Due to the press of other matters including other cases, overlapping motions (*see* ECF 25 and 28.02), and personal commitments, Taylor Energy's counsel requires additional time to prepare a reply in further support of Taylor Energy's Motion to Dismiss Counterclaims. Therefore, Plaintiff/Counterclaim-Defendant, Taylor Energy Company LLC, requests a two week extension, until September 4, 2020, to file its reply in further support of its Motion to Dismiss Counterclaims (Rec. Doc. 27).

{N4069083.1}

DATED this 19th day of August, 2020.

Respectfully submitted,

*/s/ Carl D. Rosenblum*
CARL D. ROSENBLUM, T.A. (LA #02083)
(Admitted *Pro Hac Vice*)
ALIDA C. HAINKEL (LA #24114)
(Admitted *Pro Hac Vice*)
LAUREN C. MASTIO (LA #33077)
(Admitted *Pro Hac Vice*)
TAYLOR K. WIMBERLY (LA #38942)
(Admitted *Pro Hac Vice*)
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 589-8296
E-mail: crosenblum@joneswalker.com

And

*/s/ Paul A. Debolt*
PAUL A. DEBOLT (DC Bar No. 450904)
Venable LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
Telephone:  (202) 344-4000
Email: PADebolt@Venable.com

***Attorneys for Taylor Energy Company LLC,
Plaintiff/Counterclaim Defendant***

## CERTIFICATE OF SERVICE

I certify that on this 19th day of August, 2020, a true and correct copy of the foregoing pleading was filed electronically with the Clerk of Court of the District of Columbia by using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

*s/ Carl D. Rosenblum*
CARL D. ROSENBLUM

**CERTIFICATE OF CONFERENCE**

I certify that I have conferred with counsel for Counterclaim-Plaintiff, the United States of America, "at the request of and on behalf of the United States Coast Guard" (the "United States"), regarding the foregoing motion and the United States is not opposed to the relief requested therein.

*s/ Carl D. Rosenblum*
CARL D. ROSENBLUM