UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAYLOR ENERGY COMPANY LLC,**<br>     **Plaintiff,**<br>**vs.**<br><br>**UNITED STATES OF AMERICA,**<br>**ACTING BY AND THROUGH THE**<br>**UNITED STATES COAST GUARD**<br>**NATIONAL POLLUTION FUNDS CENTER,**<br>     **Defendant.** | )<br>)<br>)  **CIVIL ACTION NO.: 20-01086 (JDB)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Before the Court is the Unopposed Motion of Taylor Energy for a Continuance to File a Reply Memorandum in Further Support of its Motion to Dismiss Counterclaims filed on behalf of Plaintiff/Counterclaim-Defendant, Taylor Energy Company LLC ("Taylor Energy").

The Court has considered Taylor Energy's Motion and finds that it should be GRANTED.

It is therefore, ORDERED that Taylor Energy shall have until September 4, 2020 to file a reply memorandum in further support of its Motion to Dismiss Counterclaims (Rec. Doc. 27).

DONE at Washington, DC this _____ day of August, 2020.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

{N4069098.1}