UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAYLOR ENERGY COMPANY LLC,** )<br>**Plaintiff,** )<br>vs. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>**ACTING BY AND THROUGH THE** )<br>**UNITED STATES COAST GUARD** )<br>**NATIONAL POLLUTION FUNDS CENTER,** )<br>**Defendant.** )<br>)<br>)<br>_____ ) | **CIVIL ACTION NO.: 20-01086-JDB** |

## THE PARTIES' PROPOSED BRIEFING SCHEDULE

NOW INTO COURT, through undersigned counsel, come Plaintiff, Taylor Energy Company LLC ("Taylor Energy"), and Defendant, the United States of America, acting by and through the United States Coast Guard National Pollution Funds Center ("NPFC"), which in accordance with the Court's Order dated July 28, 2020 (Rec. Doc. 26), file the following proposed briefing schedule.

**I.**

This action was commenced by Taylor Energy on April 27, 2020. (ECF 1).

**II.**

On July 10, 2020, the NPFC filed its Answer to Taylor Energy's Complaint. (ECF 19).[1]

**III.**

Currently before the Court are Taylor Energy's Motion to Compel the United States to Amend Its Answer and to Strike the United States' First Affirmative Defense ("Motion to

---

[1] This Proposed Briefing Schedule does not apply to the Counterclaims filed by the United States of America, "at the request of and on behalf of the United States Coast Guard".

{N4068099.3}

Compel"), (ECF 24), Taylor Energy's Motion to Strike Select Technical Reports from the Administrative Record ("Motion to Strike") (ECF 25), and The United States' Motion for Leave to Amend its Answer (ECF 30).

**IV.**

On August 6, 2020, the NPFC sought and obtained an extension of time within which to respond to Taylor Energy's Motion to Strike. (ECF 28). The NPFC's Opposition was filed on August 19, 2020 (ECF 36) and Taylor Energy's Reply is due on August 26, 2020. (ECF 28-02).

**V.**

In accordance with the Court's local rules, the NPFC was required to file its Certification of the Administrative Record by August 10, 2020. *See* Local Rule 7(n).

**VI.**

On August 18, 2020, Taylor Energy filed a Combined Reply in Further Support of its Motion to Compel and an Opposition to the NPFC's Motion for Leave. (ECF 33 and 34).

**VII.**

Given the pendency of the Motion to Compel and Motion to Strike related to Taylor Energy's Complaint, and given the NPFC's delay in filing its Certification of the Administrative Record until August 31, 2020, the parties jointly propose the following briefing schedule for dispositive motions on Taylor Energy's Complaint:

| | |
|---|---|
| <u>August 31, 2020</u> | Filing of Certification of Administrative Record by the NPFC |
| <u>November 2, 2020</u> | Deadline for Taylor Energy to object to, and/or move to supplement the Administrative Record |

| | |
|---|---|
| 60 days after the Court rules on (i) any objection and/or motion to supplement the Administrative Record; (ii) the pending Motion to Compel; or (iii) the pending Motion to Strike, whichever is later | Deadline for Taylor Energy to file a Motion for Summary Judgment on Taylor Energy's Complaint |
| 60 days after Taylor Energy files its Motion for Summary Judgment | Deadline for the United States to file an Opposition to Taylor Energy's Motion for Summary Judgment and a Cross Motion for Summary Judgment |
| 60 days after the United States files its Opposition to Taylor Energy's Motion for Summary Judgment and its Cross Motion for Summary Judgement | Deadline for Taylor Energy to file an Opposition to the United States' Cross Motion for Summary Judgment and a Reply in Support of its Motion for Summary Judgment |
| 21 days after Taylor Energy files its Opposition to the United States' Motion for Summary Judgment | Deadline for the United States to file its Reply in Support of its Cross Motion for Summary Judgment |

Dated: August 24, 2020

                Respectfully submitted,

*/s/ Carl D. Rosenblum*
CARL D. ROSENBLUM, T.A. (LA #02083)
(Admitted *Pro Hac Vice*)
ALIDA C. HAINKEL (LA #24114)
(Admitted *Pro Hac Vice*)
LAUREN C. MASTIO (LA #33077)
(Admitted *Pro Hac Vice*)
TAYLOR K. WIMBERLY (LA #38942)
(Admitted *Pro Hac Vice*)
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 589-8296
E-mail: crosenblum@joneswalker.com

And

*/s/ Paul A. Debolt*
PAUL A. DEBOLT (DC Bar No. 450904)
Venable LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
Telephone:  (202) 344-4000
Email: PADebolt@Venable.com

***Attorneys for Taylor Energy Company LLC, Plaintiff***

And

*/s/ Mark L. Walters*
MARK L. WALTERS
Environmental Defense Section
Environmental and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
Phone: (202) 616-9190
Fax: (202) 514-8865
mark.walters@usdoj.gov

R. SHEA DIAZ
Trial Attorney (D.C. Bar # 1500278)
RICHARD GLADSTEIN
Senior Counsel (D.C. Bar # 362404)
SCOTT CERNICH
Senior Counsel (D.C. Bar # 479851)
MARK C. ELMER

Senior Counsel (D.C. Bar # 453066)
SAMANTHA RICCI
Trial Attorney (Cal. 324517)
Environmental Enforcement Section
Environmental and Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20044
Tel: (202) 514-3211 | Fax: (202) 616-6584
rebecca.diaz@usdoj.gov

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

DORIS COLES-HUFF, D.C. Bar #461437
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2557
doris.coles@usdoj.gov

OF COUNSEL:

SCOTT C. HERMAN
Attorney Advisor
National Pollution Funds Center, US Coast Guard
2703 Martin Luther King Jr. Avenue SE
Washington, DC 20593

PATRICIA KINGCADE
Attorney Advisor
National Pollution Funds Center, US Coast Guard
2703 Martin Luther King Jr. Avenue SE
Washington, DC 20593

HEATHER S. KENNEALY
Attorney Advisor
U.S. Coast Guard Headquarters
Office of Claims and Litigation (CG-LCL)
2703 Martin Luther King Jr. Avenue, SE, Stop 7213
Washington, DC 20593-7213

***Attorneys for the United States of America, Defendant***