# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAYLOR ENERGY COMPANY, LLC,** | ) |
| | ) |
| Plaintiff/Counterclaim-Defendant, | ) Case No.: 20-01086-JDB |
| | ) |
| v. | ) |
| | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Defendant/Counterclaim-Plaintiff. | ) |

## UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LIABILITY ON UNITED STATES' SECOND COUNTERCLAIM

The United States of America ("United States"), by and through the undersigned attorneys, and at the request of and on behalf of the United States Coast Guard ("Coast Guard") files this Motion for Partial Summary Judgment for Liability on the Unites States' Second Counterclaim against Taylor Energy Company LLC ("Taylor Energy").

On July 10, 2020, the United States filed a Counterclaim against Taylor Energy asserting five claims for relief. The United States, *inter alia*, seeks repayment pursuant to the Oil Pollution Act Sections 1004(c)(3) and 1005, 33 U.S.C. §§ 2704(c)(3) and 2705, from Taylor Energy, as an owner or operator of an Outer Continental Shelf ("OCS") facility, for over $43 million in removal costs and interest paid by the Oil Spill Liability Trust Fund ("Fund") in response to an oil spill from defendant's offshore oil production facility in the Gulf of Mexico.

The Second Counterclaim, like all of the United States' Counterclaims in this case, arises from an oil spill that began about September 16, 2004, when Hurricane Ivan passed through the Gulf of Mexico, damaging defendant's offshore oil production facility, including the platform, and related wells ("MC-20 Facility"). The United States also seeks repayment from Taylor

1

Energy as a responsible party under Sections 1002(a) and 1005 OPA, 33 U.S.C. §§ 2702(a) and 2705, for these same removal costs and interest paid by the Fund.

Section 1003 of the Oil Pollution Act, 33 U.S.C. § 2703, provides that a responsible party is not liable for removal costs under Section 1002 of the Oil Pollution Act, 33 U.S.C. § 2702, if the responsible party establishes that the oil discharge and the resulting removal costs were caused solely by an act of God, In contrast, Section 1004(c)(3) of the Oil Pollution Act, 33 U.S.C. § 2704(c)(3), provides that "[n]otwithstanding" any act of God defense under Section 1003 of OPA, all removal costs incurred by the United States in connection with a discharge of oil from any OCS facility must be borne by the owner or operator of such facility.

In accordance with Fed. R. Civ. P. 56(a) and LCvR 7(h), as set forth in the attached Statement of Material Facts as to Which There Is No Genuine Issue, Declaration of Christopher Marcy, Memorandum of Points and Authorities, and references to the parts of the record relied on, there is no genuine dispute as to any material fact regarding the elements of the United States' claim under Section 1004(c)(3) of OPA, 33 U.S.C. § 2704(c)(3). As a result, the United States is entitled to a judgment as a matter of law that notwithstanding any alleged act of God defense, Taylor Energy is liable for all removal costs incurred by the United States in connection with the discharge of oil from the MC-20 Facility.

Wherefore, the United States asks this Court to grant this Motion for Partial Summary Judgment for Liability on its Second Counterclaim determining that Taylor Energy is liable as an owner or operator of the MC-20 Facility under Section 1004(c)(3) of the Oil Pollution Act.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

2

BRUCE S. GELBER
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice


/s/ *Richard Gladstein*
R. SHEA DIAZ
Trial Attorney (D.C. Bar # 1500278)
RICHARD GLADSTEIN
Senior Counsel (D.C. Bar # 362404)
SCOTT CERNICH
Senior Counsel (D.C. Bar # 479851)
MARK C. ELMER
Senior Counsel (D.C. Bar # 453066)
SAMANTHA RICCI
Trial Attorney (Cal. 324517)
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
Washington, D.C.
Tel: (202) 514-3211 | Fax: (202) 616-6584
rebecca.diaz@usdoj.gov


MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. BAR #924092
Chief, Civil Division


/s/ *Doris Coles-Huff*
DORIS COLES-HUFF, D.C. Bar # 461437
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2557
doris.coles@usdoj.gov

3

OF COUNSEL:

SCOTT C. HERMAN
Attorney Advisor
National Pollution Funds Center, US Coast Guard
2703 Martin Luther King Jr. Avenue SE
Washington, DC 20593

PATRICIA KINGCADE
Attorney Advisor
National Pollution Funds Center, US Coast Guard
2703 Martin Luther King Jr. Avenue SE
Washington, DC 20593

HEATHER S. KENNEALY
Attorney Advisor
U.S. Coast Guard Headquarters
Office of Claims and Litigation (CG-LCL)
2703 Martin Luther King Jr. Avenue, SE, Stop 7213
Washington, DC 20593-7213